Commonwealth *v.* Vann, Appellant.

Sub-mitted June 16, 1975. *Barry H. Denker,* and *Shuman, Denker & Land,* for appellant; *Daniel P. McElhatton, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.